**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    __11__

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Everett's Automotive, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Midas Auto Service Experts** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-3045550** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **656 West Lincoln Highway**<br>**Chicago Heights, IL 60411** | **3630 North Harlem Avenue**<br>**Unit 205**<br>**Chicago, IL 60634** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)   _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Everett's Automotive, LLC** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number, if known | |

Debtor    **Everett's Automotive, LLC**
_____    Case number (*if known*) _____
Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Everett's Automotive, LLC**
Name    Case number (*if known*) _____

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 13, 2017**
              MM / DD / YYYY

**X** /s/ Andrea Brown                  **Andrea Brown**
Signature of authorized representative of debtor     Printed name

Title    **Member**

---

**18. Signature of attorney**

**X** /s/ Joel A. Schechter           Date   **March 13, 2017**
Signature of attorney for debtor                   MM / DD / YYYY

**Joel A. Schechter**
Printed name

**Law Offices of Joel A. Schechter**
Firm name

**53 West Jackson Blvd**
**Suite 1522**
**Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone   **312-332-0267**      Email address   **joelschechter@covad.net**

**3122099**
Bar number and State

Debtor  **Everett's Automotive, LLC**                              Case number (if known) _____
        Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **March 13, 2017**
                 MM / DD / YYYY

X _____          **Andrea Brown**
Signature of authorized representative of debtor    Printed name

Title   **Member**

**18. Signature of attorney**    X _____          Date  **March 13, 2017**
                                 Signature of attorney for debtor                  MM / DD / YYYY

**Joel A. Schechter**
Printed name

**Law Offices of Joel A. Schechter**
Firm name

**53 West Jackson Blvd
Suite 1522
Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone  **312-332-0267**        Email address   **joelschechter@covad.net**

**3122099**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Everett's Automotive, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Advance Auto Parts P.O. Box 742063 Atlanta, GA 30374** | | **parts vendor** | | | | **$3,722.06** |
| **Altus Global Trade Solutions 2400 Veterans Blvd., Suite 300 Kenner, LA 70062** | | **advance for payroll taxes** | | | | **$27,216.25** |
| **Amtrust North America 800 Superior Avenue E P.O. Box 6939 Cleveland, OH 44114** | | **Workers' Compensation Policy TWC3492487 premiums** | | | | **$1,738.00** |
| **Appraisal Management Research Co. 110 1/2 East 8th Street Rochester, IN 46975** | | **real estate tax appeal services** | | | | **$3,486.63** |
| **ASY, LLC 3618 North Halsted Chicago, IL 60613** | | **unpaid rent** | | | | **$51,869.60** |
| **Autozone c/o A.G. Adjustments, Ltd. 740 Walt Whitman Road Melville, NY 11747** | | **parts vendor** | | | | **$1,439.51** |
| **Can Capital 2015 Vaughn Blvd., Building 500 Kennesaw, GA 30144** | | **merchant processing loan** | | | | **$31,140.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Everett's Automotive, LLC**   Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Champion Energy, LLC 1500 Rankin Road Suite 200 Houston, TX 77073** | | utility services | | | | **$1,846.67** |
| **Illinois Department of Revenue P.O. Box 64338 Chicago, IL 60664-0338** | | IL 941 | | | | **$2,957.82** |
| **Illinois Department of Revenue P.O. Box 64338 Chicago, IL 60664-0338** | | sales tax liability | | | | **$16,815.09** |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | | 941 | | | | **$40,092.89** |
| **LEAF P.O. Box 742647 Cincinnati, OH 45274** | | vending machine | | | | **$4,800.00** |
| **Liberty Bank & Trust Special Assets Department 6600 Plaza Drive, 6th Floor New Orleans, LA 70127** | | | | **$255,346.81** | **$0.00** | **$255,346.81** |
| **Loan Me P.O. Box 5645 Orange, CA 92863** | | receivables factoring | | | | **$55,997.70** |
| **O'Reilly Automotive, Inc. P.O. Box 9464 233 South Patterson Springfield, MO 65801** | | parts vendor | | | | **$975.97** |
| **Schulz Motor Parts 760 South Halsted Street Chicago Heights, IL 60411** | | parts vendor | | | | **$26,736.07** |
| **Stone Wheel, Inc. 7675 South Quincy Street Willowbrook, IL 60527** | | parts vendor | | | | **$5,411.80** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

| Debtor | **Everett's Automotive, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TBC Corporate/Midas International Attn:  Michael Bukowski 823 Donald Ross Road North Palm Beach, FL 33408 | | franchise fees | | | | $35,874.97 |
| U.S. Auto Force 425 Better Way Appleton, WI 54915 | | parts vendor | | | | $4,211.30 |
| Yellowstone Capital One Evertrust Plaza, Suite 1401 Jersey City, NJ 07302 | | merchant processing loan | | | | $20,194.20 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Advance Auto Parts
P.O. Box 742063
Atlanta, GA 30374

Altus Global Trade Solutions
2400 Veterans Blvd., Suite 300
Kenner, LA 70062

Amtrust North America
800 Superior Avenue E
P.O. Box 6939
Cleveland, OH 44114

Andrea Brown
3630 North Harlem Avenue
Unit 205
Chicago, IL 60634

Appraisal Management Research Co.
110 1/2 East 8th Street
Rochester, IN 46975

Arrow Uniform-Taylor, LLC
6400 Monroe Blvd.
Taylor, MI 48180

ASY, LLC
3618 North Halsted
Chicago, IL 60613

Autozone
c/o A.G. Adjustments, Ltd.
740 Walt Whitman Road
Melville, NY 11747

Can Capital
2015 Vaughn Blvd., Building 500
Kennesaw, GA 30144

Champion Energy, LLC
1500 Rankin Road
Suite 200
Houston, TX 77073

Champion Energy, LLC
4749 Solutions Center
Chicago, IL 60677


Heritage Crystal Clean
2175 Point Blvd., Suite 375
Elgin, IL 60123


Heritage Crystal Clean
13621 Collections Center Drive
Chicago, IL 60693


Illinois Department of Revenue
P.O. Box 64338
Chicago, IL 60664-0338


Illinois Department of Revenue
100 West Randolph St., #7-400
Chicago, IL 60601


Illinois Department of Revenue
P.O. Box 19006
Springfield, IL 62794


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Ogden, UT 84201


James M. Teper
Patzik, Frank & Samotny Ltd.
150 South Wacker Drive, Suite 1500
Chicago, IL 60606


LEAF
P.O. Box 742647
Cincinnati, OH 45274


Liberty Bank & Trust
Special Assets Department
6600 Plaza Drive, 6th Floor
New Orleans, LA 70127

Loan Me
P.O. Box 5645
Orange, CA 92863


Loan Me
1900 South State College Blvd.
Suite 300
Anaheim, CA 92806


MSM
P.O. Box 5065
Buffalo Grove, IL 60089


Murad Guiragossian
1069 West 14th Place, #122
Chicago, IL 60608


O'Reilly Automotive, Inc.
P.O. Box 9464
233 South Patterson
Springfield, MO 65801


O'Reilly Automotive, Inc.
P.O. Box 1156
233 South Patterson
Springfield, MO 65801


Paramount Readers Service
P.O. Box 771747
Lakewood, OH 44107


Ricardo F. Chaquinga
7501 North Western Avenue
Chicago, IL 60645


RMM Auto Services, Inc.
7501 North Western Avenue
Chicago, IL 60645


Schulz Motor Parts
760 South Halsted Street
Chicago Heights, IL 60411

Sluiter Auto Electric, Inc.
15 West 168th Street
South Holland, IL 60473


Stacy Everett
205 Lester Road
Park Forest, IL 60466


Stone Wheel, Inc.
7675 South Quincy Street
Willowbrook, IL 60527


TBC Corporate/Midas International
Attn: Michael Bukowski
823 Donald Ross Road
North Palm Beach, FL 33408


TBC Corporate/Midas International
Attn: Chris Ungerer
4300 TBC Way
Palm Beach Gardens, FL 33410


U.S. Auto Force
425 Better Way
Appleton, WI 54915


U.S. Auto Force
7984 Solutions Center
Chicago, IL 60677


Yellowstone Capital
One Evertrust Plaza, Suite 1401
Jersey City, NJ 07302

## United States Bankruptcy Court
### Northern District of Illinois

In re   __Everett's Automotive, LLC_____     Case No. _____

                                          Debtor(s)               Chapter     __11__

#### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  __Everett's Automotive, LLC__  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 13, 2017
_____

Date

Joel A. Schechter 3122099
Signature of Attorney or Litigant
Counsel for   Everett's Automotive, LLC
Law Offices of Joel A. Schechter
53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
312-332-0267 Fax:312-939-4714
joelschechter@covad.net

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy