UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-07795 |
| EVERETT'S AUTOMOTIVE, LLC, | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable LaShonda A. Hunt |
| | ) | |
| Debtor(s) | ) | |

**FINAL ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL RETROACTIVE TO MARCH 13, 2017 AND GRANTING ADEQUATE PROTECTION**

At Chicago, IL, this 11th day of May, 2017, before the Honorable LaShonda A. Hunt, Bankruptcy Judge, in the said district and division.

This matter coming on for hearing on the motion of the Debtor and Debtor-in-Possession, Everett's Automotive, LLC ("Debtor"), for authority to use cash collateral pursuant to 11 U.S.C. Section 363 and Rule 4001 of the Federal Rules of Bankruptcy Procedure; due notice having been served upon all parties in interest including all creditors of the estate; the Court having jurisdiction and being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Debtor be, and hereby is, authorized to use cash collateral as described in the Debtor's motion and pursuant to 11 U.S.C. Section 363, retroactive to March 13, 2017.

2. As adequate protection for any diminution in value of Liberty Bank & Trust's interests in Liberty Bank & Trust's collateral, as of the date of filing of the petition, Liberty Bank & Trust be, and hereby is, granted a post-petition lien on cash, accounts, accounts receivable and proceeds, profits and income derived from such collateral to the same extent, validity, priority and value of Liberty Bank & Trust's secured claim as of the date of filing, retroactive to March 13, 2017.

3. As additional adequate protection, the Debtor be, and hereby is, authorized to pay to Liberty Bank & Trust the sum of $4,178.00 per month, commencing April 1, 2017.

Enter:

*LaShonda A. Hunt*
Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: **1 1 MAY 2017**

**Prepared by:**
Joel A. Schechter
Attorney No. 3122099
53 West Jackson Blvd., Suite 1522
Chicago, IL 60604
312-332-0267
Ted A. Smith
Attorney No. 6271456
Smith Ortiz P.C.
4309 West Fullerton Avenue
Chicago, IL 60639

Rev: 20170105_bko